Entered on Docket
January 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWARD M. GARFIELD  State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY  State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222  FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated  1/27/2010
Gloria L. Franklin, Clerk of Court
by_____
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOLSTICE, LLC, et al.,<br><br>                Debtors, | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No. 09-01186 |
| SOLSTICE, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT,<br><br>                Defendants. | **ORDER TRANSFERRING VENUE OF REMOVED ACTION PURSUANT TO 28 U.S.C. §1412** |

"Defendants Novogradac & Company LLP and Jon Krabbenschmidt's Motion to Transfer Venue of Removed Action Pursuant to 28 U.S.C. §1412" and the Court's *sua sponte* "Notice of Hearing on Application for Removal and of Scheduling Conference" came on for hearing on January 25, 2010 before the Hon. Alan Jaroslovsky, U.S. Bankruptcy Judge. Long & Levit LLP by David P. Borovsky, Esq. appeared for the Defendants Novogradac & Company LLP and Jon Krabbenschmidt; Carcione, Cattermole, Dolinski, Okimoto, Stucky, Ukshini, Markowitz & Carcione, LLP by Joshua S. Markowitz, Esq. appeared for the Plaintiff Solstice, LLC. Following

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

ORDER TRANSFERRING VENUE

consideration of the oral and written arguments of counsel, the Court orally stated its findings and conclusions on the record pursuant to Bankruptcy Rule 7052. Good cause appearing:

IT IS HEREBY ORDERED that venue of this removed cause of action (consisting of the Third Cause of Action of the action *Solstice, LLC v. Graham Kos, et al* Superior Court of the State of California, County of Marin Case No. CIV 095755) is transferred to the U.S. Bankruptcy Court for the Southern District of New York.

IT IS FURTHER ORDERED that this Order is without prejudice to any renewed Motion for Remand or Abstention which Plaintiff may wish to make to that Court.

Dated: January 27, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

DOCS\S5930-011\573478.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

ORDER TRANSFERRING VENUE