TRNSFD-OUT

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
### Adversary Proceeding #: 09-01186

*Assigned to:* Judge Alan Jaroslovsky
*Demand:*

*Date Filed:* 12/23/09

*Nature[s] of Suit:* 01 Determination of removed claim or cause

**Plaintiff**
-----------------------

**Solstice LLC**
c/o Joseph Carcione, Jr.
Carcione, Cattermole, Dolinski, et al.
601 Brewster Ave., P.O. Box 3389
Redwood City, CA 94064

represented by **Joseph W. Carcione, Jr.**
Law Offices of Joseph W. Carcione Jr.
601 Brewster Ave.
P.O. Box 3389
Redwood City, CA 94064
(650) 367-6811
*LEAD ATTORNEY*

**Joshua S. Markowitz**
Carcione, Cattermole, Dolinski
601 Brewster Ave.
Redwood City, CA 94604
(650)367-6811
Email: carcionelaw@yahoo.com
*LEAD ATTORNEY*

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated 1/27/2010
Gloria L. Franklin, Clerk of Court
by _____
Deputy Clerk

V.

**Defendant**
-----------------------

**Kos Graham**
Unkown Address

represented by **Kos Graham**
PRO SE

**Tim Wolff**
Unkown Address

represented by **Tim Wolff**
PRO SE

**Tim Weller**
Unkown Address

represented by **Tim Weller**
PRO SE

**Chad Morse**
Unkown Address

represented by **Chad Morse**
PRO SE

**James Kime**
Unkown Address

represented by **James Kime**
PRO SE

**Shay LLC**
Unkown Address

represented by **Shay LLC**
PRO SE

**Beale LLC**
Unkown Address

represented by **Beale LLC**
PRO SE

**Winston and Strawn LLP**
101 California St. 39th Fl.
San Francisco, CA 94111

represented by **Winston and Strawn LLP**
PRO SE

| | | |
|---|---|---|
| **Jonathan Cohen**<br>Winston and Strawn LLP<br>101 California St. 39th Fl.<br>San Francisco, CA 94111 | represented by | **Jonathan Cohen**<br>PRO SE |
| **Novogradac and Company LLP**<br>c/o Howard Garfield<br>Long and Levit LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104 | represented by | **David P. Borovsky**<br>Long & Levitt LLP<br>465 California St 5th Fl<br>San Francisco, CA 94104<br>(415) 397-2222<br>Email: dborovsky@longlevit.com<br>*LEAD ATTORNEY*<br><br>**Howard M. Garfield**<br>Long and Levit LLP<br>465 California St. #500<br>San Francisco, CA 94104<br>(415) 397-2222<br>Fax : (415) 397-6392<br>*LEAD ATTORNEY* |
| **Jon Krabbenschmidt**<br>c/o Howard Garfield<br>465 California Street, Suite 500<br>San Francisco, CA 94104 | represented by | **David P. Borovsky**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Howard M. Garfield**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Shay Kos**<br>Unkown Address | represented by | **Shay Kos**<br>PRO SE |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/23/2009 | 1 | 01 (Determination of removed claim or cause) Notice of Removal by Solstice LLC . Fee Amount $250 . (Attachments: # 1 Supporting documents# 2 Supporting documents# 3 Supporting documents# 4 Supporting documents) (ap) Additional attachment(s) added on 12/30/2009 (kl). (Entered: 12/23/2009) |
| 12/23/2009 | | Receipt of Adversary Filing Fee. Amount 250.00 from Long & Levit Llp. Receipt Number 10024250. (admin) (Entered: 12/23/2009) |
| 12/23/2009 | 2 | Notice of Related Adversary Proceedings. Filed by Defendants Jon Krabbenschmidt , Novogradac and Company LLP . (kl) (Entered: 12/30/2009) |
| 12/23/2009 | 3 | Certificate of Service (RE: related document(s) 1 Notice of Removal, 2 Notice of Related Adversary Proceedings). Filed by Defendants Jon Krabbenschmidt , Novogradac and Company LLP (kl) (Entered: 12/30/2009) |
| 12/28/2009 | 4 | Service List Filed by Defendants Jon Krabbenschmidt , Novogradac and Company LLP . (kl) (Entered: 12/30/2009) |
| 12/30/2009 | 5 | Notice of Hearing on Application for Removal and of Scheduling Conference (RE: related document(s) 1 Notice of Removal filed by Plaintiff Solstice LLC). **Hearing scheduled for 1/25/2010 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky.** . (Attachments: # 1 Certificate of Mailing by Clerk) (kl) (Entered: 12/30/2009) |
| 12/31/2009 | 6 | Stipulation and Order Extending Time to Respond to Complaint. (RE: related document(s) 1 Notice of Removal filed by Plaintiff Solstice LLC). (kl) (Entered: 12/31/2009) |

| Date | Doc # | Description |
|---|---|---|
| 12/31/2009 | 7 | Ex Parte Motion for Order Granting Short-Term Exemption From E-Filing Requirements Pending Completion of Training Session Filed by Defendants Jon Krabbenschmidt, Novogradac and Company LLP. (kl) (Entered: 12/31/2009) |
| 12/31/2009 | 8 | Order Granting Ex Parte Motion for Order Granting Short-Term Exemption From E-Filing Requirements Pending Completion of Training Session.(Related Doc # 7) (kl) (Entered: 12/31/2009) |
| 01/13/2010 | 9 | Plaintiff's Combined Opposition to Defendants' Motion to Transfer Venue of Removed Action Pursuant to 28 U.S.C. 1412; and to Defendants' Application for Removal Pursuant to 28 U.S.C. 1452, Filed by Plaintiff Solstice LLC. (Note: Related AP 09-1179). (ka) (court staff created link to document 1 Notice of Removal by Solstice LLC) Modified on 1/21/2010 (ka). (Entered: 01/13/2010) |
| 01/13/2010 | 10 | Declaration of Joshua S. Markowitz in Support of (RE: related document(s) 9 Opposition) Filed by Plaintiff Solstice LLC. (With Proof of Service) (ka) (Entered: 01/13/2010) |
| 01/13/2010 | 11 | Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session; Together With Declaration of Joshua S. Markowitz Filed by Plaintiff Solstice LLC. (ka) (Entered: 01/13/2010) |
| 01/14/2010 | 12 | Order Granting Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session (Related Doc # 11). (ka) (Entered: 01/14/2010) |
| 01/18/2010 | 13 | Stipulated Order Setting Hearing on Motion to Transfer Venue Pursuant to 28 U.S.C. 1412 Without Further Briefing (RE: related document(s) 9 Plaintiff's Combined Opposition to Defendants' Motion to Transfer Venue of Removed Action Pursuant to 28 U.S.C. 1412; and to Defendants' Application for Removal Pursuant to 28 U.S.C. 1452 filed by Plaintiff Solstice LLC). (ka) (Entered: 01/19/2010) |
| 01/18/2010 | | Hearing Set On (RE: related document(s) 9 Plaintiff's Combined Opposition to Defendants' Motion to Transfer Venue of Removed Action Pursuant to 28 U.S.C. 1412; and to Defendants' Application for Removal Pursuant to 28 U.S.C. 1452 filed by Plaintiff Solstice LLC). **Hearing scheduled for 1/25/2010 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky.** (ka) (Entered: 01/19/2010) |
| 01/19/2010 | 14 | Joinder *In Motion and Motion by Defendants Novogradac & Company LLP and Jon Krabbenschmidt to Transfer Venue of Removed Action Pursuant to 28 U.S.C. Section 1412; Supporting Memorandum of Points and Authorities* Filed by Defendant Novogradac and Company LLP (Borovsky, David) (Entered: 01/19/2010) |
| 01/20/2010 | 15 | Joinder *by Defendants Novogradac & Company LLC and Jon Krabbenschmidt in Winston & Strawn LLP and Jonathan Cohen's "Reply and Statement of Position in Support of Removal"* Filed by Defendant Novogradac and Company LLP (Borovsky, David) (court staff created link to document 1 Notice of Removal by Solstice LLC) Modified on 1/21/2010 (ka). (Entered: 01/20/2010) |
| 01/21/2010 | 16 | Notice of Hearing *On Motion To Transfer Venue Of Removed Action* **Hearing scheduled for 1/25/2010 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky.** Filed by Defendant Novogradac and Company LLP (Borovsky, David) (Entered: 01/21/2010) |
| 01/25/2010 | | Hearing Held (RE: related document(s) 16 Notice of Hearing *On Motion To Transfer Venue Of Removed Action* **Hearing scheduled for 1/25/2010 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky.** Filed by Defendant Novogradac and Company LLP). (After Hearing; Transfer to Southern District of New York without prejudice) (Appearances: David Borovsky, Joshua Markowitz and John MacConaghy) (ta) (Entered: 01/26/2010) |

| | | |
|---|---|---|
| 01/25/2010 | 🌐 | Hearing Held (RE: related document(s) 1 01 01 (Determination of removed claim or cause) Notice of Removal by Solstice LLC . Fee Amount $250 . (Attachments: # 1 Supporting documents# 2 Supporting documents# 3 Supporting documents# 4 Supporting documents).). (After Hearing; Off calendar - case transferred to So District of New York) (ta) (Entered: 01/26/2010) |
| 01/27/2010 | 🌐 17 | Order Transferring Venue of Removed Action Pursuant to 28 U.S.C. §1412 . (ka) (Entered: 01/27/2010) |
| 01/27/2010 | 🌐 18 | Inter-District Transmittal Memo sent to Southern District of New York. (RE: related document(s) 1 Notice of Removal filed by Plaintiff Solstice LLC). (kl) (Entered: 01/27/2010) |