UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

TRANSMITTAL MEMORANDUM FOR A TRANSFERRED CASE

Dear Clerk,

An order has been entered directing the transfer of the below captioned case from:

UNITED STATES BANKRUPTCY COURT  to UNITED STATES BANKRUPTCY COURT
99 South E Street                                       Southern District of New York
Santa Rosa, CA 95404                                    One Bowling Green
                                                        New York, NY 10004-1408

Pursuant to that order the following are transmitted:

(X)     Certified Copy Of Order Transferring Case

(X)     Certified Copy of Case Docket Sheet

(X)     Copy of This Transmittal Memorandum


The case ordered transferred is:

Solstice, LLC,                                Adversary Proceeding No: 09-1186
vs.
Novogradac and Company LLP;
Jon Krabbenschmidt,
_____/

Transferred by Deputy Clerk: Kai Kee Lau           Date: January 27, 2010

Please acknowledge receipt of the above checked items for the transferred case captioned and provide your new case number on the copy of this form. Return acknowledgment and new case number to Untied State Bankruptcy Court, 99 South E Street, Santa Rosa, CA 95404.

Received by Deputy Clerk:                          Date:


NEW CASE NUMBER:
OFFICE CODE: