# EXHIBIT 1

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Solstice, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Solstice Collection** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0517098** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1 Beach Street<br>1st Floor<br>San Francisco, CA**  ZIP Code **94133** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [■] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [■] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Solstice, LLC |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: See Attached Schedule 1 | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)   (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Solstice, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Arthur J. Steinberg**
Signature of Attorney for Debtor(s)

**Arthur J. Steinberg**
Printed Name of Attorney for Debtor(s)

**King & Spalding LLP**
Firm Name

**1185 Avenue of the Americas**
**New York, NY 10036**

_____
Address

Email: asteinberg@kslaw.com
**(212) 556-2100  Fax: (212) 556-2222**
Telephone Number

**March 5, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X **/s/ Carolynn Rockafellow**
Signature of Authorized Individual

**Carolynn Rockafellow**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**March 5, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C §1515 are attached.

☐ Pursuant to 11 U.S.C §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## Schedule 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that have filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, contemporaneously with the filing of this petition. The Debtors have filed a motion requesting that their chapter 11 cases be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

1. Solstice, LLC
2. Solstice Ownership I, LLC
3. Solstice Ownership II, LLC
4. Solstice Ownership III, LLC
5. Solstice Ownership IV, LLC
6. Solstice Ownership V, LLC
7. Solstice Ownership VI, LLC
8. Solstice Ownership VII, LLC
9. Solstice Management, LLC
10. Sea Vision I, LLC
11. Parallel I LLC
12. Parallel Aspen, LLC
13. Parallel Management LLC
14. 163 Charles Street No. 4 New York, LLC
15. 163 Charles Street No. 5 New York, LLC

# CERTIFICATE OF RESOLUTION

I, Carolynn Rockafellow, Chief Executive Officer of Solstice, LLC, a Delaware limited liability company (the "Company"), hereby certify that the attached resolutions were duly adopted by the Company in accordance with the requirements of the Delaware Limited Liability Company Act, and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of March, 2009.

/s/ Carolynn Rockafellow
Carolynn Rockafellow
Chief Executive Officer of Solstice, LLC

WHEREAS, the Company's and its subsidiaries' secured loan facility with Fortress Credit Opportunities I, LP, Fortress Credit Funding III LP and Fortress Credit Funding IV LP, (collectively "Fortress") has been declared by Fortress to be in default and while negotiations with Fortress are in progress, the financial condition of the Company has continued to deteriorate and several creditors have obtained substantial arbitration awards against the Company which have been or are in the process of being converted into judgments; and

WHEREAS, the Board has reviewed and considered and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors, with respect to the options available to the Company including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

NOW, THEREFORE, BE IT RESOLVED, that after consideration of the alternatives presented to the Board and the recommendation of the senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interests of the Company, its subsidiaries and their respective members, creditors, stakeholders and other interested parties that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, and it is

FURTHER RESOLVED, that the Company retain and employ the law firm of King and Spalding LLP as counsel to assist the Corporation and its subsidiaries in filing for relief under chapter 11 of the Bankruptcy code and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code and the officers of the Company are hereby authorized and directed to execute and perform retention agreements, pay retainers after the filing of the bankruptcy case and to cause to be filed an application for authority to retain the services of King and Spalding LLP as the Company's counsel; and it is

FURTHER RESOLVED, that Carolynn Rockafellow, the Company's Chief Executive Officer ( "CEO") and the Company's executive officers (collectively "the Authorized Persons") be and each of them are hereby authorized empowered and directed to ( a) execute, verify and file on behalf of the Company and its subsidiaries, all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case;(c)appear as necessary at all bankruptcy proceedings on behalf of the Company; and ( d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them is authorized and empowered to obtain post-petition financing according to the terms which

1

may be negotiated by the management of the Company, including debtor-in- possession credit facilities or the use of cash collateral, and to enter into any guarantees and to pledge and grant liens on the Company's and its subsidiaries' assets as may be contemplated by or required under the terms of such post- petition financing or cash collateral agreement or order; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them is authorized and empowered to enter into and perform a certain Debtor- In –Possession Credit Agreement between the Company and its subsidiary limited liability companies substantially in the form presented to the Board ( together with such changes and modifications as the Company's CEO shall approve), pursuant to which certain members of the Company's destination club ( "Club Members") will make loans to the Company of not less than $1,000,000 and not more than $1,500,000 secured by liens on the real estate properties and motor yacht owned by the Company and its subsidiaries junior only to the liens in favor of Fortress Credit Opportunities I LP, Fortress Credit Funding III LP and Fortress Credit Funding IV LP in such Collateral (the "Fortress Liens").

RESOLVED, that the acts, actions and transactions heretofore taken by the officers of the Company in the name of and on behalf of the Company in furtherance of the purposes and intents of any or all of the foregoing resolutions which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be and hereby are, ratified, confirmed and approved in all respects.

2

# EXHIBIT 2

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Solstice, LLC | Case Number: 09-11010 (reg) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
NOVOGRADAC & COMPANY LLP

Name and address where notices should be sent:
NOVOGRADAC & COMPANY LLP
246 FIRST ST
5TH FLOOR
SAN FRANCISCO, CA 94105-4610

Telephone number: (415) 356-8000

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 39,889.17

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Services Performed
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** SOL007

3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 9/22/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
JON KRABBENSCHMIDT, PARTNER | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Employee: NMK

# Novogradac & Company LLP
## Accounts Receivable Detail
For dates from 1/1/1980 to 3/15/2009

I - Invoice
F - Finance Charge

| T | Date | Invoice # | Project/Check # | Total | Current | 30 - 59 | 60 - 89 | 90 - 119 | 120/Over |
|---|------|-----------|-----------------|-------|---------|---------|---------|----------|----------|
| **SOL007** | | **001** | Solstice, LLC | | | | JEK / KLP / JEK / KLP | | |
| I | 8/15/2008 | 001143329 | | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,500.00 |
| I | 10/15/2008 | 001145524 | | 20,089.50 | 0.00 | 0.00 | 0.00 | 0.00 | 20,089.50 |
| F | 10/15/2008 | 001145100 | | 621.07 | 0.00 | 0.00 | 0.00 | 0.00 | 621.07 |
| F | 11/15/2008 | 001146523 | | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| F | 12/15/2008 | 001147650 | | 375.90 | 0.00 | 0.00 | 0.00 | 375.90 | 0.00 |
| F | 1/15/2009 | 001148677 | | 375.90 | 0.00 | 375.90 | 0.00 | 0.00 | 0.00 |
| F | 2/15/2009 | 001149780 | | 375.90 | 375.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| F | 3/15/2009 | 001151040 | | 375.90 | 375.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| ***Total Client: SOL007 001*** | | | | 39,889.17 | 751.80 | 375.90 | 0.00 | 375.90 | 38,385.57 |
| ***Grand Total*** | | | | 39,889.17 | 751.80 | 375.90 | 0.00 | 375.90 | 38,385.57 |

# EXHIBIT 3

Solstice LLC                                   Case No. 09-11010 (Jointly Administered) (REG)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Section H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing 'H', 'W', 'J', or 'C' in the column labeled Husband', Wife, Joint or Community.

If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column labeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labeled 'Dispute'. (You may need to place an 'X' in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled 'Total' on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| ABCD SODERBERG<br>PO BOX 7894<br>ASPEN, CO 81612 | 02/20/09 | | 126.00 |
| AL'S WINDOW CLEANING<br>PO BOX 7893<br>ASPEN, CO 81612 | 01/28/09 | | 590.00 |
| ALDASORO RANCH HOMEOWNERS COMPANY<br>PO BOX 1650<br>307 SOCIETY DRIVE #C<br>TELLURIDE, CO 81435 | 02/02/09 | | 6,765.00 |
| Alexander Hartman<br>POB 3660<br>Telluride, CO 81435 | 12/30/08 | | 2,265.00 |
| AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES, CA 90096-0001 | 12/05/08 | DISPUTED | 37,387.25 |
| AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES, CA 90096-0001 | 12/05/08 | DISPUTED | 20,384.58 |
| Andrew Harper<br>600 Congress Avenue<br>Suite 1400<br>Austin, TX 78701 | N/A | DISPUTED | 1,008,000.00 |
| APPLIANCE CONNECTION<br>PO BOX 1961<br>RIFLE, CO 81650 | 01/29/09 | | 211.51 |
| ARCHITECTURAL RESTORATION<br>PO BOX 3870<br>YOUNTVILLE, CA 94599 | 11/19/08 | | 1,450.00 |
| Arrowhead<br>PO Box 856158<br>Louisville, KY 40285-6158 | 02/26/09 | | 100.00 |
| ASPEN APPRAISAL GROUP, LTD c/o<br>Rita Cote<br>668 Crescent Court, Grd Jct<br>Aspen, CO 81505 | 12/29/08 | | 518.00 |

| Creditor | Date | Status | Amount |
|---|---|---|---|
| AUSTIN, PIERCE & SMITH, P.C.<br>600 EAST HOPKINS AVENUE SUITE 205<br>ASPEN, CO 81611 | 07/31/08 | | 3,612.00 |
| B12<br>10245 E Via Linda Ave. Suite 208<br>Scottsdale, AZ 85258 | 12/29/08 | | 14,930.00 |
| Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | 02/09/09 | DISPUTED | 10,168.32 |
| Bank of Hawaii<br>Auto Leasing Department #237<br>PO Box 30600<br>Honolulu, HI 96820-0600 | 01/15/09 | | 2,127.74 |
| Bay Alarm Company<br>PO Box 7137<br>San Francisco, CA 94120-7137 | 03/06/09 | | 231.20 |
| BAY CITIES REFUSE SERVICE INC.<br>PO BOX 277<br>EL CERRITO CA 94530 | 01/09/09 | | 71.70 |
| Ben Sinnott<br>PO Box 24<br>19/21 Smith Street<br>St. Peter Port<br>Guernsey GY1 3AW<br>United Kingdom | 09/08/08 | | 150,000.00 |
| BISHOP PLUMBING, HEATING & AC<br>407 AABC SUITE H<br>ASPEN, CO. 81611 | 01/19/09 | | 1,593.00 |
| BOILER TECHNOLOGIES UNLIMITED INC.<br>459 COLUMBUS AVE, SUITE 376<br>NEW YORK, NY 10014 | 03/03/09 | | 520.20 |
| CARNEROS SELF STORAGE PARK<br>24270 ARNOLD DRIVE<br>SONOMA, CA 95476 | 04/11/08 | | 656.00 |
| CELLO & MAUDRU CONSTRUCTION CO. INC.<br>2505 OAK STREET<br>NAPA, CA 94559 | 12/30/08 | | 20,193.00 |
| CHASE CARD SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | 01/06/09 | DISPUTED | 43,700.00 |
| City Frame Inc.<br>259 West 30th Street 5th Floor<br>New York, NY 10001 | 11/03/08 | | 1,127.10 |
| COMCAST CABLE<br>PO BOX 34227<br>SEATTLE, WA 98124-1227 | 02/24/09 | | 362.04 |
| CRYSTAL RIVER SPAS<br>1197 MAIN ST<br>CARBONDALE CO 81623 | N/A | | 401.00 |

| Creditor | Date | Status | Amount |
|---|---|---|---|
| CUMULUS GROUP INC. TELLURIDE WINDOW WASHERS<br>P.O. BOX 3107<br>TELLURIDE, CO. 81435 | 12/16/08 | | 1,635.00 |
| David Grieve, Jim McCullough, Dennis Higgs, John Hoffman, John Williams (collectively known as "The Grieve Group")<br>c/o Peter Wohlfeiler<br>465 First Street West<br>Second Floor<br>Sonoma, CA 95476-6660 | N/A | DISPUTED | 1,437,000.00 |
| DHL EXPRESS (USA) INC.<br>PO BOX 4723<br>HOUSTON, TX 77210-4723 | 02/02/09 | | 135.10 |
| DICKENSON, PEATMAN, & FOGARTY PROFESSIONAL LAW CORPORATION<br>809 COOMBS STREET<br>NAPA, CALIFORNIA 94559-2977 | 07/08/08 | | 385.00 |
| EDET INTERNATIONAL<br>BP 101 - 19, rue du progrès<br>93511 Montreuil Cedex | 02/03/09 | | 5,003 |
| EVERHART-BROCKMAN INC.<br>PO BOX 10207<br>ASPEN, CO 81612 | 02/24/09 | | 1,922.00 |
| FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | 02/26/09 | | 502.58 |
| Frederika Moller<br>2025 Rose Street, Suite 201<br>Berkeley, CA 94709 | 12/15/08 | | 6,957.49 |
| GMAC<br>PO BOX 78234<br>PHOENIX, AZ. 85062-8234 | 02/27/09 | | 1,966.00 |
| Golden Gate Glass & SF Home Supply<br>2011 Folsom Street<br>San Francisco, CA 94110 | 12/23/08 | | 9,050.00 |
| Grand Electric<br>660 Grandview Ave.<br>Ridgewood, NY 11385 | 11/03/08 | | 4,490.00 |
| HAWAII ELECTRIC LIGHT CO INC<br>PO POX 909<br>HONOLULU HI 96808-0909 | 02/12/09 | | 5,176.00 |
| HOLLY HUNT COLLECTION C/O KNEEDLER FAUCHERE<br>101 HENRY ADAMS STREET, SUITE 170<br>SAN FRANCISCO, CA 94103 | 09/22/08 | | 4,344.64 |
| HOYT SHEPSTON, INC.<br>PO BOX 2028<br>SO. SAN FRANCISCO, CA 94083-2028 | 02/04/09 | | 962.38 |
| Intagio 22<br>4th Street Suite 1120<br>San Francisco, CA 94103 | 01/31/09 | | 9,396.00 |

| | | | |
|---|---|---|---|
| Invoice Exchange<br>4829 East Everett Drive<br>Scottsdale, AZ 85254 | 11/25/08 | | 7,842.32 |
| James C. Jenkins Ins. Services<br>Dept. 33736<br>P.O. Box 39000<br>San Francisco, CA 94139 | 10/22/08 | | 19,460.25 |
| KELTON CONSULTING<br>P.O. BOX 2687<br>YOUNTVILLE, CA. 94599 | 03/01/09 | | 190.00 |
| Kimedia<br>5301 E. Timrod St<br>Tucson, AZ 85711 | 12/15/08 | | 7,912.25 |
| LAUDERDALE MARINE CENTER LLC<br>2001 SW 20TH STREET<br>FT. LAUDERDALE, FL 33315 | 01/15/09 | DISPUTED | 574.00 |
| LIMN Furniture<br>290 Townsend St.<br>San Francisco, CA 94107 | 11/07/08 | | 4,750.00 |
| Linda Benson<br>208 Cardinal Road<br>Mill Valley, CA 94941 | 12/15/08 | | 325.00 |
| Marnie Hetherington<br>16622 N. 51rst Street<br>Scottsdale, AZ 85254 | 07/31/08 | | 11,471.25 |
| MARTIN KOBUS, INC.<br>4000 BRIDGEWAY SUITE 307<br>SAUSALITO, CA. 94965 | 11/10/08 | | 4,575.00 |
| MATCO<br>584 MINEOLA AVE.<br>CARLE PLACE, NY 11514 | 01/20/09 | | 560.84 |
| MCCLOUD DESIGN STORE<br>1201 Bridgeway Street<br>Sausalito, CA 94965 | 11/26/08 | | 2,041.17 |
| MCCOLL PARTNERS ATTN:<br>ACCOUNTS RECEIVABLE<br>100 NOTH TRYON STREET, SUITE 5400<br>CHARLOTTE, NC 28202 | 10/16/08 | DISPUTED | 126,745.10 |
| MEMPHIS CLEANERS<br>679 WASHINGTON ST.<br>NEW YORK, NY 10014 | 02/06/09 | | 6,370.00 |
| MICHAEL W BROOKS & ASSOC.<br>V MARKETPLACE 1870, SUITE D3<br>6525 WASHINGTON STREET<br>YOUNTVILLE, CA 94599 | 11/10/08 | | 1,104.00 |
| MJ PLUMBING CO.<br>P.O. BOX 6857<br>NAPA, CA 94581 | 12/16/08 | | 230.00 |
| Moller Willrich Architecture and Design<br>2505 Sacramento Street<br>San Francisco, CA 94115-2215 | 12/15/08 | | 117,428.00 |
| Mountain High Fire & Safety, LLC<br>PO BOX 876<br>Telluride, CO 81435 | 12/19/08 | | 1,900.00 |

| Creditor | Date | Status | Amount |
|---|---|---|---|
| NAPA Electric Shop, Inc.<br>2240 Brown Street<br>Napa, CA 94558-4903 | 02/10/09 | | 2,897.00 |
| National Corporate Research<br>10 EAST 40TH ST. 10TH FLOOR<br>NEW YORK, NY 10016 | 03/02/09 | | 1,264.00 |
| NEWSMARKETS, LLC<br>800 BOYLSTON STREET SUITE 402<br>BOSTON, MA 02199 | N/A | | 16,000.00 |
| NOVOGRADAC & COMPANY<br>246 FIRST ST, 5TH FLOOR<br>SAN FRANCISCO, CA 94105 | 02/15/09 | DISPUTED | 39,137.37 |
| O'NEIL PRINTING<br>366 NORTH SECOND AVENUE<br>PHOENIX, AZ, 85003 | N/A | | 9,248.28 |
| Orkin Inc.<br>98-027 Hekaha St. Suite 17<br>Aiea, HI 96701-4919 | 02/02/09 | | 374.98 |
| ORKIN INC.<br>P.O. BOX 191<br>DURANGO, CO. 81302-0191 | 02/02/09 | | 160.00 |
| Pacific Building Maintenance<br>PO Box 1282<br>Sausalito, CA 94966 | 02/12/09 | | 493.00 |
| PartnerShips, LLC<br>c/o Chris Collins<br>1535 SE 17th Street, Suite 121<br>Ft. Lauderdale, FL 33316 | 12/31/08 | DISPUTED | 18,142.00 |
| PDM LANDSCAPE<br>P.O. BOX 1570<br>GLEN ELLEN, CA. 95442 | 02/19/09 | | 9,729.00 |
| PG&E<br>BOX 997300<br>SACRAMENTO, CA 95899-7300 | 02/25/09 | | 377.75 |
| PLYCON VAN LINES,INC.<br>280 INDIAN HEAD ROAD<br>KINGS PARK, NY 11754 | 01/16/09 | | 1,008.00 |
| POOL COVERS, INC.<br>4925 FULTON DRIVE<br>FAIRFIELD CA 94534 | 01/28/09 | | 89.00 |
| Proguard Protection Services<br>P.O. Box 3409<br>Basalt, CO 81621 | 01/19/09 | | 140.70 |
| QWEST<br>PO BOX 173638<br>DENVER, CO 80217-3638 | 03/01/09 | | 120.00 |
| Reid Black<br>POB 2133<br>Telluride, CO 81435 | N/A | | 2,288.00 |
| RGH CONSULTANTS, INC.<br>PO BOX 10830<br>NAPA, CA 94581 | 12/16/08 | | 1,086.35 |
| RIECHERS SPENCE & ASSOCIATES<br>1541 THIRD STREET<br>NAPA, CA 94559 | 02/28/09 | | 15,605.00 |

| | | | |
|---|---|---|---|
| ROLLY MARINE SERVICE, INC<br>2551 ST RD 84<br>FT. LAUDERDALE, FL. 33312 | 01/15/09 | DISPUTED | 18,036.65 |
| SERRA DESIGN INC.<br>1239 Rollins Road<br>Burlingham, CA 94920 | 11/17/008 | | 2,321.77 |
| SherpaReport, LLC<br>117 Prospect St<br>Newton, MA 02465 | 11/25/08 | | 2,500.00 |
| SLOAN MIYASATO<br>2 HENRY ADAMS #207<br>SAN FRANCISCO, CA 94103 | 11/18/08 | | 520.00 |
| State of Connecticut<br>Department of Revenue Services<br>PO Box 5089<br>Hartford, CT 06102-5089 | 01/23/09 | | 43.79 |
| STEINWAY-LYNGDORF<br>Empire State Building<br>350 Fifth Avenue - Suite 5720<br>New York, NY 10118-5720 | 10/29/08 | | 3,019.74 |
| STEPHEN SERA STUDIO<br>22 MARINERO CIRCLE #51<br>TIBURON, CA. 94920 | N/A | | 2,295.00 |
| Summit Engineering Inc.<br>463 Aviation Blvd., #200<br>Santa Rosa, CA 95403 | 01/27/09 | | 32,822.08 |
| Sundancer Earthworks<br>P.O. Box 3333<br>Telluride, CO 81435 | 12/16/08 | | 510.00 |
| SUNRRISE INC.<br>P.O. BOX 83<br>TELLURIDE, CO. 81435 | 02/28/09 | | 805.00 |
| Tech Center<br>P.O. Box 541<br>Calistoga, CA 94515-0541 | 11/26/08 | | 2,677.03 |
| Telluride Alarm & Custom Electronics<br>P.O. Box 1467<br>Telluride, CO 81435 | 02/20/09 | | 120.00 |
| The 2M Group, Inc.<br>30 Liberty Ship Way, #3330<br>Sausalito, CA 94965 | N/A | DISPUTED | 952,151.97 |
| The Gas Company<br>P.O. Box 29850<br>Honolulu, HI 96820-2250 | 02/06/09 | | 783.24 |
| The Soho Hotel<br>4 Richmond Mews<br>London, W1D 3DH | 12/29/08 | DISPUTED | 32,081 |
| THE WOLFF COMPANY<br>8320 E. HARTFORD DRIVE, SUITE 101<br>SCOTTSDALE, AZ 85255 | 12/19/08 | DISPUTED | 75,117.43 |
| Time Warner Cable<br>P.O. Box 9227<br>Uniondale, NY 11555-9227 | 02/01/09 | | 339.90 |

| Creditor | Date | Status | Amount |
|---|---|---|---|
| TUB TECH SPAS, LLC<br>PO BOX 10<br>135 W. PACIFIC AVE., UNIT #1-D<br>TELLURIDE, CO 81435 | 02/28/09 | | 80.00 |
| TWO MAN CREW, INC.<br>423 ESCALANTE<br>CARBONDALE, CO. 81623 | 01/27/09 | | 41,967.06 |
| US Business Interiors of AZ<br>5005 E Washington St<br>Phoenix, AZ 85034 | N/A | | 379.21 |
| VANGUARD LOGISTICS SERVICES<br>2665 E. DEL AMO BLVD.<br>RANCHO DOMINGUEZ, CA 90221 | 12/19/08 | | 183.31 |
| Victoria Sebastiani, Trustee<br>21260 Hyde Rd<br>Sonoma CA 95476-9582 | 03/01/09 | DISPUTED | 58,075.00 |
| Vinculum Communications Inc.<br>9255 Towne Centre Dr. Suite 925<br>San Diego, CA 92121-3066 | 01/09/09 | | 122.60 |
| Weinstock & Scavo, P.C<br>3405 Piedmont Road, N.E. Suite 300<br>Atlanta, GA 30305 | N/A | DISPUTED | 22,190.31 |
| Wells Fargo Financial Leasing<br>P.O. Box 6434<br>Carol Stream, IL 60197-6434 | 02/03/09 | | 1,906.38 |
| WESTERN SLOPE CLEANING CO.<br>434 E. MAIN ST. STE. 101<br>MONTROSE, CO. 81401 | N/A | | 1,134.00 |
| WINSTON & STRAWN LLP<br>36235 TREASURY CENTER<br>CHICAGO, IL 60694-6200 | N/A | DISPUTED | 1,220,486.00 |
| Wolff Highland Park, LLC<br>4725 N. Scottsdale Rd. Suite 241<br>Scottsdale, AZ 85251 | 02/09/09 | DISPUTED | 16,827.50 |
| YOUNG SERVICES, LLC<br>PO BOX 944<br>GLENWOOD SPRINGS, CO 81602 | 02/20/09 | | 2,349.46 |
| | | Total | 5,739,901.30 |

**See Global Notes Regarding Member Claims.**