HOWARD M. GARFIELD State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222 FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

FILED
DEC 23 2009
U.S. BANKRUPTCY COURT
SANTA ROSA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOLSTICE, LLC, et al.,<br><br>Debtors, | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No. _____<br><br>**09-1186** |
| SOLSTICE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM KOS; TIM WOLFF; TIM WELLER; CHAD MORSE; JAMES KIME; SHAY LLC; BEALE LLC; WINSTON & STRAWN LLP; JONATHAN COHEN; NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT; SHAY KOS; and DOES 1 through 400,<br><br>Defendants. | |

**NOTICE OF RELATED ADVERSARY PROCEEDINGS**

# NOTICE OF RELATED ADVERSARY PROCEEDINGS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Local Rule No. 7042-1, Defendants Novogradac & Company, LLP ("Novogradac") and Jon Krabbenschmidt ("Krabbenschmidt") (collectively "Novogradac") hereby provide notice of the following related adversary proceeding pending in this Court:

(1) On December 16, 2009, co-defendants Winston & Strawn LLP and Johnathan Cohen (collectively, "Winston & Strawn") filed a related adversary proceeding. On December 17, 2009, Winston & Strawn filed a motion to transfer venue of that adversary proceeding to the Southern District of New York, where Plaintiff's Chapter 11 bankruptcy case is pending.

(2) The related adversary proceeding has been assigned case number 09-1179, and is entitled ***Solstice, LLC v. Winston & Strawn, LLP; Jonathan Cohen***.

(3) These adversary proceedings are related in that they both involve claims by the same plaintiff—Solstice, LLC ("Plaintiff")—against Winston & Strawn and Novogradac, two firms who provided services to Plaintiff. These claims are asserted in the same underlying state court lawsuit, pending in the Superior Court of California, County of Marin, entitled ***Solstice LLC v. Graham Kos, et al.,*** Case No. CIV 095755 ("the State Court Action").

The previously-removed adversary proceeding (described in paragraph (2) above) involves legal malpractice claims by Plaintiff against defendants Winston & Strawn. The instant adversary proceeding involves accounting malpractice claims by Plaintiff against Novogradac. In both adversary proceedings, Plaintiff alleges that the disputed services—legal or accounting—were performed for Plaintiff in connection with the development of a "high-end vacation club". And in both adversary proceedings, Plaintiffs generally allege that the defendants failed to exercise reasonable care and skill in providing such services (legal or accounting), which contributed in some fashion to the failure of Plaintiff's business enterprise and ensuing bankruptcy.

//

In light of similarity of the claims, parties, transactions, and events, and to promote the efficient adjudication of these two related adversary proceedings, Novogradac requests that these matters be deemed related and transferred to a single Bankruptcy Judge.

Respectfully submitted,

Dated: December 22, 2009

LONG & LEVIT LLP

By ______________________
HOWARD M. GARFIELD
DAVID P. BOROVSKY
Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP
and JON KRABBENSCHMIDT

DOCS\S5930-011\572446.V1