HOWARD M. GARFIELD  State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY  State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

FILED
DEC 23 2009

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOLSTICE, LLC, et al.,<br><br>Debtors, | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No.<br><br>**09-1186** |
| SOLSTICE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GRAHAM KOS; TIM WOLFF; TIM WELLER; CHAD MORSE; JAMES KIME; SHAY LLC; BEALE LLC; WINSTON & STRAWN LLP; JONATHAN COHEN; NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT; SHAY KOS; and DOES 1 through 400,<br><br>Defendants. | |

**PROOF OF SERVICE**

PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, CA 94104.

On December 23, 2009, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *In Re: Solstice, LLC*, U.S. Bankruptcy Court, Northern District of California, Santa Rosa Division, Adversary Proceeding No. _____:

**NOTICE OF RELATED ADVERSARY PROCEEDINGS;
ADVERSARY PROCEEDING COVER SHEET;
NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTION 1452**

SERVED UPON:

| | |
|---|---|
| Joseph W. Carcione, Jr.<br>Carcione, Cattermole, et al.<br>601 Brewster Avenue<br>P.O. Box 3389<br>Redwood City, CA 94064 | *Attorneys for Plaintiff Solstice, LLC*<br><br>Email: carcionelaw@yahoo.com<br>T: 650-367-6811  F: 650-367-0367 |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

SERVED UPON:

| | |
|---|---|
| C. Brandon Wisoff<br>Douglas R. Young<br>Gary M. Kaplan<br>Robert C. Holtzapple<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 | *Attorneys for Defendants Winston & Strawn LLP; Jonathan Cohen*<br><br>Email: gkaplan@fbm.com<br>T: 415-954-4400 |
| John H. MacConaghy<br>MacConaghy and Barnier<br>645 1st Street W, #D<br>Sonoma, CA 95476 | Email: macclaw@macbarlaw.com<br>T: 707-935-3205 |

☒ (BY OVERNIGHT MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing via overnight delivery. I caused such document(s) to be placed in a sealed envelope designated by the overnight service carrier, addressed to the person(s) on whom it is to be served pursuant to the attached service list, and deposited said envelope in a box or other facility regularly maintained by the overnight service carrier with delivery fees paid or provided for. [CCP §1013(c)]

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 23, 2009, at San Francisco, California.

_____
Patricia Haymond

DOCS\S5930-011\572550.V1

Long & Levit LLP
465 California Street
Suite 500
San Francisco
California 94104
415-397-2222

PROOF OF SERVICE

Case: 09-01186   Doc# 3   Filed: 12/23/09   Entered: 12/30/09 13:22:20   Page 2 of 2