HOWARD M. GARFIELD State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

FILED

DEC 28 2009

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOLSTICE, LLC, et al.,<br><br>　　　　　Debtors, | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No. 09-01186 |
| SOLSTICE, LLC,<br>　　　　　Plaintiff,<br>vs.<br>NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT,<br>　　　　　Defendants. | |

## SERVICE LIST

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

SERVICE LIST

Case: 09-01186    Doc# 4    Filed: 12/28/09    Entered: 12/30/09 13:23:17    Page 1 of 3

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

# SERVICE LIST

| | |
|---|---|
| **Plaintiff:**<br>Solstice, LLC<br>1 Beach Street, 1st Floor<br>San Francisco, CA 94133 | Represented by:<br>**Joseph W. Carcione, Jr.**<br>Carcione, Cattermole, et al<br>601 Brewster Ave.<br>P.O. Box 3389<br>Redwood City, CA 94064<br>T: 650-367-6811<br>Email: carcionelaw@yahoo.com |
| **V.** | |
| **Defendant** | |
| **Graham Kos**<br>Unknown address | Unknown |
| **Tim Wolff**<br>Unknown address | Unknown |
| **Tim Weller**<br>Unknown address | Unknown |
| **Chad Morse**<br>Unknown address | Unknown |
| **James Kime**<br>Unknown address | Unknown |
| **Shay LLC**<br>Unknown address | Unknown |
| **Beale LLC**<br>Unknown address | Unknown |
| **Winston & Strawn LLP**<br>101 California Street, 39th Floor<br>San Francisco, CA 94111 | Represented by:<br>**C. Brandon Wisoff**<br>**Douglas R. Young**<br>**Robert C. Holtzapple**<br>**Gary M. Kaplan**<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA 94104<br>T: 415-954-4400<br><br>**John H. MacConaghy**<br>MacConaghy and Barnier<br>645 1st Street W, #D<br>Sonoma, CA 95476<br>T: 707-935-3205<br>Email: macclaw@macbarlaw.com |
| **Jonathan Cohen**<br>Winston & Strawn LLP<br>101 California Street, 39th Floor<br>San Francisco, CA 94111 | Represented by:<br>**C. Brandon Wisoff**<br>**Douglas R. Young**<br>**Robert C. Holtzapple**<br>**Gary M. Kaplan**<br>(see above for address) |

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

| | |
|---|---|
| | **John H. MacConaghy**<br>(see above for address) |
| **Novogradac & Company LLC**<br>246 1st Street<br>San Francisco, CA 94105-4610 | Represented by:<br>**Howard Garfield**<br>**David Borovsky**<br>Long & Levit LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>T: 415-397-2222<br>Email: dborovsky@longlevit.com |
| **Jon Krabbenschmidt**<br>246 1st Street<br>San Francisco, CA 94105-4610 | Represented by:<br>**Howard Garfield**<br>**David Borovsky**<br>Long & Levit LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>T: 415-397-2222<br>Email: dborovsky@longlevit.com |
| **Shay Kos**<br>Unknown address | Unknown |

DOCS\S5930-011\572627.V1

Case: 09-01186    Doc# 4    Filed: 12/28/09    Entered: 12/30/09 13:23:17    Page 3 of 3