|   |   |   |
|---|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT | **FILED** |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | December 30, 2009 |
|   |   | U.S. Bankruptcy Court |
| 3 | In re: | Santa Rosa, Division |

```
 1         UNITED STATES BANKRUPTCY COURT
 2         NORTHERN DISTRICT OF CALIFORNIA                    FILED
                                                         December 30, 2009
 3   In re:                                             U.S. Bankruptcy Court
                                                         Santa Rosa, Division
 4

 5   Solstice, LLC, et al.,              S.D.N.Y. Case No. 09-11010

 6                                       Chapter: 11

 7              Debtor(s)     /

 8   Solstice, LLC,                      A.P. No.: 09-1186
                Plaintiff(s),
 9
           v.
10   Graham Kos; Time Wolff; Tim Weller;
     Chad Morse; James Kime; Shay LLC; Beale LLC;
11   Winston and Strawn LLP; Jonathan Cohen;
     Novogradac and Company LLP; Jon Krabbenschmidt;
12   Shay Kos and Does 1 through 400,

13              Defendant(s).   /

14   NOTICE OF HEARING ON APPLICATION FOR REMOVAL AND OF SCHEDULING

15                             CONFERENCE

16                        _____

17        NOTICE IS HEREBY GIVEN that the hearing on application for removal of the above-

18   entitled state court action to determine whether this court will take jurisdiction will be heard on

19   January 25, 2010, at 2:00 P.M. at 99 South E Street, Santa Rosa, California. The court will then and

20   there determine if it has jurisdiction over the action and determine if it is appropriate to retain the

21   case or abstain from hearing it. In the event the court determines that it has no jurisdiction, or that

22   it should abstain, the action may be remanded to state court.

23        NOTICE IS FURTHER GIVEN that if the court takes jurisdiction a scheduling conference

24   will be held at said time and place. If all parties have not appeared, the court may enter an order

25   fixing times for their service and response and setting a further scheduling conference.

26                                                Gloria L. Franklin, Clerk

27   Dated: December 30, 2009                     Kai Kee Lau
                                                  Deputy Clerk
28
```