**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re
Solstice, LLC, et al.,                        S.D.N.Y. Case No. 09-11010
                                        Chapter 11

               Debtor(s).         /

Solstice, LLC,                                 A.P. No. 09-1186

      Plaintiffs,

v.

Graham Kos; Time Wolff; Tim Weller;
Chad Morse; James Kime; Shay LLC; Beale LLC;
Winston and Strawn LLP; Jonathan Cohen;
Novogradac and Company LLP; Jon Krabbenschmidt;
Shay Kos and Does 1 through 400,

               Defendants.     /

## **CERTIFICATE OF MAILING**

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: December 30, 2009                                     <u>Kai Kee Lau</u>
                                                                                             Deputy Court Clerk

Solstice LLC
c/o Joseph Carcione, Jr.
Carcione, Cattermole, Dolinski, et al.
601 Brewster Ave., P.O. Box 3389
Redwood City, CA 94064

Joseph W. Carcione, Jr.
Law Offices of Joseph W. Carcione Jr.
601 Brewster Ave.
P.O. Box 3389
Redwood City, CA 94064

| | | |
|---|---|---|
| Kos Graham | Tim Wolff | Tim Weller |
| Unkown Address | Unkown Address | Unkown Address |
| Chad Morse | James Kime | Shay LLC |
| Unkown Address | Unkown Address | Unkown Address |
| Beale LLC | Shay Kos | |
| Unkown Address | Unkown Address | |

Winston and Strawn LLP
101 California St. 39th Fl.
San Francisco, CA 94111

Jonathan Cohen
Winston and Strawn LLP
101 California St. 39th Fl.
San Francisco, CA 94111

Novogradac and Company LLP
c/o Howard Garfield
Long and Levit LLP
465 California Street, Suite 500
San Francisco, CA 94104

Jon Krabbenschmidt
c/o Howard Garfield
465 California Street, Suite 500
San Francisco, CA 94104

C. Brandon Wisoff
Farella Braun and Martel LLP
235 Montgomery St. 30th Fl.
San Francisco, CA 94104

Douglas R. Young
Farella Braun and Martel LLP
235 Montgomery St. 30th Fl.
San Francisco, CA 94104

Robert C. Holtzapple
Farella Braun and Martel LLP
235 Montgomery St. 30th Fl.
San Francisco, CA 94104

Gary M. Kaplan
Farella Braun and Martel LLP
235 Montgomery St. 30th Fl.
San Francisco, CA 94104

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | John H. MacCongahy<br>Max Conaghy and Barnier<br>645 1st. St. W, #D |
| 4 | Sonoma, CA 95476 |
| 5 | |
| 6 | Howard Garfield<br>Long and Levit LLP |
| 7 | 465 California Street, Suite 500<br>San Francisco, CA 94104 |
| 8 | David Brovsky<br>Long and Levit LLP |
| 9 | 465 California Street, Suite 500<br>San Francisco, CA 94104 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |