**Entered on Docket**
**December 31, 2009**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

HOWARD M. GARFIELD  State Bar #43369
*Hgarfield@longlevit.com*
DAVID P. BOROVSKY  State Bar #216588
*DBorovsky@longlevit.com*
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | [S.D.N.Y Bankr. Case No. 09-11010 (REG)] |
| SOLSTICE, LLC, et al., | Chapter 11 (Jointly Administered) |
| Debtors, | Adversary Proceeding No. 09-01186 |
| SOLSTICE, LLC, | |
| Plaintiff, | **STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT, | |
| Defendants. | |

Plaintiff Solstice, LLC and Defendants Novogradac & Company LLP and Jon Krabbenschmidt hereby stipulate and agree that the time in which Defendants Novogradac & Company LLP and Jon Krabbenschmidt may answer or otherwise respond to Plaintiff's Complaint shall be extended to February 18, 2010.

//

| | | |
|---|---|---|
| Dated: December __28___, 2009 | | LONG & LEVIT LLP |

By      /s/
HOWARD M. GARFIELD
DAVID P. BOROVSKY
Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP
and JON KRABBENSCHMIDT

Dated: December __29___, 2009

CARICONE, CATTERMOLE,
DOLINSKI, OKIMOTO, STUCKY,
UKSHINI, MARKOWITZ &
CARCIONE LLP

By      /s/
JOSEPH W. CARCIONE, JR
JOSHUA S. MARKOWITZ
Attorneys for Plaintiff
SOLSTICE, LLC

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

The parties having stipulated:

IT IS SO ORDERED

Dated: December 31, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge

DOCS\S5930-011\572620.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Case: 09-01186   Doc# 6   Filed: 12/31/09   Entered: 12/31/09 13:13:17   Page 2 of 2