Joseph W. Carcione, Jr., Esq. (State Bar No. 056693)
Joshua S. Markowitz, Esq. (State Bar No. 224256)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile: (650) 367-0367

Attorneys for Plaintiff

FILED
JAN 13 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>SOLSTICE, LLC, *et al.*,<br><br>                  Debtors.<br>_____/<br><br>Solstice, LLC<br><br>                  Plaintiff,<br>vs.<br><br>Graham Kos; Tim Wolff; Tim Weller; Chad Morse; James Kime; Shay LLC; Beale LLC; Winston & Strawn LLP; Jonathan Cohen; Novogradac & Company LLP; Jon Krabbenschmidt; Shay Kos; and DOES 1 through 400.<br><br>                  Defendants.<br>_____/ | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No. 09-01186<br>[Related Adversary Proceeding No. 09-1179]<br><br>EX PARTE MOTION FOR ORDER GRANTING SHORT-TERM EXEMPTION FROM E-FILING REQUIREMENTS PENDING COMPLETION OF TRAINING SESSION; DECLARATION OF COUNSEL; PROPOSED ORDER |

1.

Plaintiff's Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session

174672 / lgv

Case: 09-01186   Doc# 11   Filed: 01/13/10   Entered: 01/13/10 14:19:11   Page 1 of 3

Plaintiff Solstice, LLC hereby applies to the Court for an Ex Parte Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session. This application, which seeks permission to file documents in the above adversary proceeding until February 22, 2010, is based on the Declaration of Joshua S. Markowitz, as set forth below.

DATE: JANUARY 11, 2010

CARCIONE, CATTERMOLE, DOLINSKI, OKIMOTO, STUCKY, UKSHINI, MARKOWITZ & CARCIONE, LLP.

By: _____
Attorney for Plaintiff

**DECLARATION OF COUNSEL**

I, Joshua S. Markowitz, declare:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California and am a partner with the Law Offices of Carcione, Cattermole, Dolinski, Okimoto, Stucky, Ukshini, Markowitz & Carcione, L.L.P., the attorney of record for the Plaintiff in this litigation.

2. On December 17, 2009, Defendants Winston & Strawn, LLP filed a Notice of Removal, pursuant to 28 U.S.C. Section 1452 under Adversary Proceeding No. 09-1179, in the United States Bankruptcy Court, Northern District of California.

3. On December 17, 2009, Defendants Winston & Strawn, LLP also filed a Motion to Transfer Venue of Removed Action Pursuant to 28 U.S.C. § 1412 under Adversary Proceeding No. 09-1179, in the United States Bankruptcy Court, Northern District of California.

4. On December 23, 2009, Defendants Novogradac & Company filed a Notice of Removal Pursuant to 28 U.S.C Section 1452 under Adversary Proceeding No. 09-1186.

2.

Plaintiff's Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session

174672 / lgv

Case: 09-01186   Doc# 11   Filed: 01/13/10   Entered: 01/13/10 14:19:11   Page 2 of 3

5. On January 5, 2010, Defendants Novogradac & Company joined Defendants Winston & Strawn, LLP's Motion to Transfer Venue of Removed Action Pursuant to 28 U.S.C. § 1412 under Adversary Proceeding No. 09-1179 and related Adversary Proceeding No. 09-1186.

6. Neither myself nor the attorneys at Carcione, Cattermole, Dolinski, et al. are registered to electronically file documents with the United States Bankruptcy Court, Northern District of California.

7. On January 7, 2010, I registered for the first available training class for the United States Bankruptcy Court, Northern District of California that did not present a scheduling conflict, which was February 9, 2010.

8. On January 8, 2010, I received confirmation from the Court that I was registered for their next available training class, which would be held on **February 18, 2010 at 9:00 a.m.**

9. Given the above training class schedule, I anticipated that I will be registered to electronically file with the Court by February 22, 2010. As such I request that the Court grant my firm a short-term exemption from the electronic-filing requirements in the related Adversary Proceedings (No. 09-1179 & No. 09-1186) until that date. During this period of exemption from electronically filing, and in order to alleviate the resulting burden on the Court as much as possible, any paper documents filed by my firm will be concurrently submitted on a disk or in other electronic format as designated by the Court.

10. Defense counsel has been advised that my firm would be filing an ex-parte requesting the aforementioned relief.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 11, 2010, at Redwood City, California.

Joshua S. Markowitz, Esq.

3.

174672 / lgv

Plaintiff's Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session

Case: 09-01186   Doc# 11   Filed: 01/13/10   Entered: 01/13/10 14:19:11   Page 3 of 3