```
 1  Joseph W. Carcione, Jr., Esq. (State Bar No. 056693)
    Joshua S. Markowitz, Esq. (State Bar No. 224256)
 2  CARCIONE, CATTERMOLE, DOLINSKI,
    OKIMOTO, STUCKY, UKSHINI,
 3  MARKOWITZ & CARCIONE, L.L.P.
    601 Brewster Avenue
 4  P.O. Box 3389
    Redwood City, CA 94064
 5  Telephone: (650) 367-6811
    Facsimile:  (650) 367-0367
 6

 7  Attorneys for Plaintiff

 8

 9

10                     UNITED STATES BANKRUPTCY COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SANTA ROSA DIVISION
```

| | |
|---|---|
| In re: | [S.D.N.Y Bankr. Case No. 09-11010 (REG)] |
| SOLSTICE, LLC, *et al.*, | Chapter 11  (Jointly Administered) |
| Debtors. | Adversary Proceeding No. 09-1186<br>[Related Adversary Proceeding No. 09-1179] |
| Solstice, LLC<br><br>          Plaintiff,<br><br>vs.<br><br>Graham Kos; Tim Wolff; Tim Weller; Chad Morse; James Kime; Shay LLC; Beale LLC; Winston & Strawn LLP; Jonathan Cohen; Novogradac & Company LLP; Jon Krabbenschmidt; Shay Kos; and DOES 1 through 400.<br><br>          Defendants. | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ORDER GRANTING SHORT-TERM EXEMPTION FROM E-FILING REQUIREMENTS PENDING COMPLETION OF TRAINING SESSION |

1.

Court Order re: Plaintiff's Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session

The Court having considered the Plaintiff's Ex Parte Application for an Order Granting Short-term Exemption from E-filing Requirements Pending Completion of Training Session,

### **ORDER**

IT IS HEREBY ORDERED that Plaintiff's Application is hereby granted.

1. Plaintiff's shall have permission to file documents on paper in Adversary Proceeding No. 09-1179 and related Adversary Proceeding No. 09-1186 until February 22, 2010.

2. All documents filed on paper during that time period which are more than five pages in length shall be accompanied by a disc containing the pleading in PDF format.

3. Should any additional extension for paper filing be necessary, counsel shall submit a separate ex parte motion requesting the same.

4. Counsel shall make every effort to obtain an ECF login and password as soon as possible.

Date: January 14, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

2.

Court Order re: Plaintiff's Ex Parte Motion for Order Granting Short-Term Exemption from E-Filing Requirements Pending Completion of Training Session