HOWARD M. GARFIELD State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222 FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOLSTICE, LLC, et al.,<br><br>                Debtors, | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No. 09-01186 |
| SOLSTICE, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT,<br><br>                Defendants. | **STIPULATED ORDER SETTING HEARING ON MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1412 WITHOUT FURTHER BRIEFING** |

As detailed below, and subject to the Court's approval, Plaintiff Solstice, LLC and Defendants Novogradac & Company LLP and Jon Krabbenschmidt (collectively "Novogradac") hereby stipulate and agree that Novogradac's Motion to Transfer Venue to the Southern District of New York, pursuant to 28 U.S.C. §1412, shall be heard on January 25, 2010—the same day as the motion seeking the same relief in Related Adversary Proceeding No. 09-1179—without further briefing on such motion.

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATED ORDER SETTING HEARING ON MOTION TO TRANSFER VENUE WITHOUT FURTHER BRIEFING

Case: 09-01186    Doc# 13    Filed: 01/18/10    Entered: 01/19/10 08:40:15    Page 1 of 5

WHEREAS:

1. In Related Adversary Proceeding No. 09-01179, defendants Winston & Strawn LLP and Jonathan Cohen (collectively "Winston & Strawn") filed a motion to transfer venue to the Southern District of New York, pursuant to 28 U.S.C. §1412. This motion is presently set for hearing on January 25, 2010, at 10:00 a.m., at 99 South "E" Street, Santa Rosa, CA, before the Hon. Alan Jaroslovsky.

2. On January 5, 2010, Novogradac attempted to file a joinder in this motion and similar motion in the instant Adversary Proceeding (No. 09-01186), to be set on the same hearing date. A true copy of this joinder and motion is attached hereto as Exhibit A. A copy of said Exhibit was served on all parties on December 28, 2009, per the attached proof of service.

3. Thereafter, counsel for Novogradac was informed by the Court's clerk that no motion to transfer venue could be filed in the instant Adversary Proceeding (No. 09-01186) on the hearing date requested without an order allowing the same to be heard on shortened notice. As such, the attached Exhibit A was never filed in the instant Adversary Proceeding (No. 09-01186).

4. On January 11, 2010, plaintiff timely filed a combined opposition to the motions by Novogradac and Winston & Strawn to transfer venue to the Southern District of New York. Such opposition was filed in both the instant Adversary Proceeding (No. 09-01186), and Related Adversary Proceeding No. 09-01179.

5. The parties agree that given the similarity in the basis for the motions to transfer venue in both adversary proceedings, and the common grounds for plaintiff's opposition to both motions, that both should be heard on January 25, 2010.

WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Novogradac's Motion To Transfer Venue shall be heard on January 25, 2010, at 10:00 a.m., at 99 South "E" Street, Santa Rosa, CA, before the Hon. Alan Jaroslovsky.

2. Novogradac shall file no further papers in support of this motion, except for the attached Exhibit A, which to date has not been filed in the instant Adversary Proceeding (No. 09-01186).

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3.     Plaintiff shall file no further papers in opposition to Novogradac's motion, as such opposition has already been filed on January 11, 2010.

4.     Novogradac waives the right to file any reply brief, but reserves the right to join in any reply brief filed by Winston & Strawn in Related Adversary Proceeding No. 09-1179, and/or any of the arguments raised therein.

IT IS SO STIPULATED

Dated: January 14, 2010                    LONG & LEVIT LLP

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

| | | |
|---|---|---|
| 1 | By | /s/ |
| 2 | | HOWARD M. GARFIELD |
| | | DAVID P. BOROVSKY |
| 3 | | Attorneys for Defendants |
| | | NOVOGRADAC & COMPANY, LLP |
| 4 | | and JON KRABBENSCHMIDT |

Dated: January 15, 2010

CARICONE, CATTERMOLE, DOLINSKI, OKIMOTO, STUCKY, UKSHINI, MARKOWITZ & CARCIONE LLP

By  /s/
JOSEPH W. CARCIONE, JR
JOSHUA S. MARKOWITZ
Attorneys for Plaintiff
SOLSTICE, LLC

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATED ORDER SETTING HEARING ON MOTION TO TRANSFER VENUE WITHOUT FURTHER BRIEFING

Case: 09-01186   Doc# 13   Filed: 01/18/10   Entered: 01/19/10 08:40:15   Page 4 of 5

## **ORDER**

The parties having stipulated:

IT IS SO ORDERED, except as follows:

1. The hearing is at 2:00 P.M., not 10:00 A.M.

2. Counsel shall file Exhibit A themselves. The court declines to have an argument of a party attached to its order.

Dated: January 18, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222