HOWARD M. GARFIELD  State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY  State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | [S.D.N.Y Bankr. Case No. 09-11010 (REG)] |
| SOLSTICE, LLC, et al., | Chapter 11 (Jointly Administered) |
| Debtors, | Adversary Proceeding No. 09-01186 |
| | HEARING: |
| | Date: January 25, 2010<br>Time: 2:00 p.m.<br>Place: 99 South "E" Street, Santa Rosa, CA<br>Judge: Hon. Alan Jaroslovsky |
| SOLSTICE, LLC,<br><br>Plaintiff,<br>vs.<br>NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT,<br><br>Defendants. | **JOINDER IN MOTION AND MOTION BY DEFENDANTS NOVOGRADAC & COMPANY LLP AND JON KRABBENSCHMIDT TO TRANSFER VENUE OF REMOVED ACTION PURSUANT TO 28 U.S.C. §1412; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

JOINDER IN AND MOTION TO TRANSFER VENUE OF REMOVED ACTION – 28 U.S.C. §1412

Case: 09-01186   Doc# 14   Filed: 01/19/10   Entered: 01/19/10 11:02:27   Page 1 of 3

## I. JOINDER IN AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1412

Defendants Novogradac & Company LLP ("Novogradac") and Jon Krabbenschmidt ("Krabbenschmidt") hereby join in the pending motion by defendants Winston & Strawn LLP ("Winston & Strawn") and Jonathan Cohen ("Cohen") to transfer venue to the Southern District of New York, pursuant to 28 U.S.C. §1412. This motion was duly noticed and filed in <u>related adversary proceeding No. 09-1179</u>, and is presently set for hearing on January 25, 2010, at the above-captioned place and time.

In addition, Novogradac and Krabbenschmidt also move to transfer venue of <u>this adversary proceeding</u> (No. 09-09-01186) to the Southern District of New York, also pursuant to 28 U.S.C. §1412. Subject to the Court's approval, such motion will be brought on the same date, at the same place and time.

This transfer is sought "in the interest of justice" on the grounds that—like the related adversary proceeding—this adversary proceedings (1) arises out of the same subject matter as a contested proof of claim filed (by Novogradac/Krabbenschmidt) in the bankruptcy case pending in the Southern District of New York ("the Main Bankruptcy Case") and (2) is otherwise related to the Main Bankruptcy Case.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

The facts and legal authorities warranting transfer of the related adversary proceeding to the Southern District of New York are set forth in the pending motion filed by Winston & Strawn and Cohen (in adversary proceeding No. 09-01179). Given the similar facts and legal authorities supporting this motion which seeks the same relief, they will not be reiterated herein for the sake of brevity. Instead, Novogradac and Krabbenschmidt hereby incorporate by reference the points and authorities supporting the pending motion, and ask that the Court likewise transfer this adversary proceeding to the Southern District of New York as well.

To briefly summarize the basis for this motion, the following facts and circumstances support transfer to the Southern District of New York:

- As in the related adversary proceeding, the removed cause of action sought to be transferred is a single cause of action (for purported accountant

1

JOINDER IN AND MOTION TO TRANSFER VENUE OF REMOVED ACTION – 28 U.S.C. §1412

Case: 09-01186    Doc# 14    Filed: 01/19/10    Entered: 01/19/10 11:02:27    Page 2 of 3

malpractice) alleged by plaintiff/debtor in the state court lawsuit (Marin County Superior Court Case No. CIV 095755). Notice of Removal, ¶4, Exh. 4.

- As in the related adversary proceeding, the claim for purported accountant malpractice arises from a <u>disputed</u> proof of claim filed by Novogradac/Krabbenschmidt in the Main Bankuptcy Case (S.D.N.Y Bankr. Case No. 09-11010 (REG). Notice of Removal, ¶¶1-3, Exhs. 1-3.

- Likewise, because debtor/plaintiff alleges that Novogradac/Krabbenschmidt charged "excessive amounts for accounting services", adjudication of this claim will necessarily implicate the allowance of the Bankruptcy Claim in the Main Bankruptcy Case, will thereby directly affect the administration of the Main Bankruptcy Case. Notice of Removal, ¶¶4, 9, Exh. 4 at p. 7.

For these reasons, both adversary proceedings are "core proceedings" in the Main Bankruptcy Case, or at least "related to" that case. Moreover, as in the related adversary proceeding, the Bankruptcy Court in New York already has the subject claim in front of it by virtue of Novogradac/Krabbenschmidt's Bankruptcy Claim, and that Bankruptcy Court is virtually certain to adjudicate it. As such, the Southern District of New York is the most appropriate venue for this action, and it would be in the interests of justice and of judicial efficiency to transfer both related adversary proceedings to that single venue—the same venue selected by plaintiff/debtor in the first instance.

For the foregoing reasons, Novogradac and Krabbenschmidt respectfully request that the Court transfer both related adversary proceedings to the Southern District of New York.

Respectfully submitted,

Dated: January 19, 2010

LONG & LEVIT LLP

By _____
HOWARD M. GARFIELD
DAVID P. BOROVSKY
Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP
and JON KRABBENSCHMIDT

DOCS\S5930-011\572777.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

JOINDER IN AND MOTION TO TRANSFER VENUE OF REMOVED ACTION – 28 U.S.C. §1412

Case: 09-01186    Doc# 14    Filed: 01/19/10    Entered: 01/19/10 11:02:27    Page 3 of 3