HOWARD M. GARFIELD  State Bar #43369
Hgarfield@longlevit.com
DAVID P. BOROVSKY  State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP and JON KRABBENSCHMIDT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOLSTICE, LLC, et al.,<br><br>    Debtors, | [S.D.N.Y Bankr. Case No. 09-11010 (REG)]<br><br>Chapter 11 (Jointly Administered)<br><br>Adversary Proceeding No. 09-01186<br><br>[Related Adversary Proceeding No. 09-1179]<br><br><u>HEARING:</u><br><br>Date: January 25, 2010<br>Time: 2:00 p.m.<br>Place: 99 South "E" Street, Santa Rosa, CA<br>Judge: Hon. Alan Jaroslovsky |
| SOLSTICE, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>NOVOGRADAC & COMPANY LLP; JON KRABBENSCHMIDT,<br><br>    Defendants. | **NOTICE OF HEARING ON MOTION TO TRANSFER VENUE OF REMOVED ACTION PURSUANT TO 28 U.S.C. §1412** |

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

NOTICE OF HEARING ON MOTION TO TRANSFER VENUE OF REMOVED ACTION PURSUANT TO 28 U.S.C. §1412

Case: 09-01186   Doc# 16   Filed: 01/21/10   Entered: 01/21/10 15:36:26   Page 1 of 2

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1. NOTICE IS HEREBY GIVEN that, per the stipulation of the parties and the Court's order of January 18, 2010, the hearing on the Motion of Defendants Novogradac & Company LLP and Jon Krabbenschmidt to transfer venue of this action to the U.S. Bankruptcy Court for the Southern District of New York pursuant to 28 U.S.C. §1412 shall take place on January 25, 2010 at 2:00 p.m. in the Courtroom of the Hon. Alan Jaroslovsky, U.S. Bankruptcy Court, 99 South E Street, Santa Rosa, CA 95404. A copy of said motion has been previously filed and served on Plaintiff care of its counsel of record.

Respectfully submitted,

Dated: January 21, 2010

LONG & LEVIT LLP

By /s/ Howard M. Garfield
HOWARD M. GARFIELD
DAVID P. BOROVSKY
Attorneys for Defendants
NOVOGRADAC & COMPANY, LLP
and JON KRABBENSCHMIDT

DOCS\S5930-011\573365.V1

1